IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF WEST VIRGINIA WHEELING DIVISION

**FILED**

NOV 1 5 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

DAVID J. SHAFFER, M.D., )
)
     Plaintiff, )
) Civil Action No. 5:05-CV-1
v. )
)
THE NORTHWESTERN MUTUAL )
LIFE INSURANCE COMPANY, )
a foreign corporation, et al., )
)
     Defendants. )

## ORDER OF COURT

Upon consideration of the parties' stipulation of dismissal, it is hereby ordered, adjudged

and decreed that the above captioned action is dismissed, with prejudice.

11-15-07

Frederick P. Stamp, Jr.
United States District Judge